AEE

**FILED**

**FEBRUARY 28, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1201**

| In the Matter of | Case Number: |
|---|---|
| CMBB LLC | |

Lockwood Manufacturing, Inc., Jennifer M. Bryan
and Cainco Equipamentos Para Panificado Ltd.

**JUDGE SHADUR
MAGISTRATE JUDGE VALDEZ**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CMBB LLC

| NAME (Type or print) |
|---|
| Edward N. Druck |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Edward N. Druck |

| FIRM |
|---|
| Franczek Sullivan P.C. |

| STREET ADDRESS |
|---|
| 300 South Wacker Drive, Suite 3400 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE  NUMBER |
|---|---|
| 06206868 | 312-986-0300 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☑ | ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☑ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐