UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

CMBB LLC
                                             Plaintiff,

v.                                                     Case No.: 1:08−cv−01201
                                                    Honorable Milton I. Shadur

Lockwood Manufacturing, Inc., et al.
                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 29, 2008:

      MINUTE entry before Judge Milton I. Shadur : Enter Memorandum Order. This action is dismissed for want of the proper establishment of subject matter jurisdiction. Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.