UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CMBB LLC ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LOCKWOOD MANUFACTURING, INC., ) <br> JENNIFER M. BRYAN, and ) <br> CAINCO EQUIPAMENTOS PARA ) <br> PANIFICADO LTD. ) <br> ) <br> Defendants. ) | Case No. 08 CV 1201 <br><br> Judge Shadur |

## NOTICE OF MOTION

To:   Lockwood Manufacturing Inc., 84 Easton Road, Brantford, Ontario N3P 1J5
       Cainco Equipamentos LTD, 4-111 Rua Joaquim Marques Figueiredo, 17034-290 – Bauru – SP – Brazil
       Jennifer Bryan, Lockwood Manufacturing Inc., 2917 Virginia Ave, McHenry, IL, 60050

   PLEASE TAKE NOTICE THAT on **Wednesday, March 12, 2008 at 9:15 a.m.** we shall appear before the Honorable Judge Milton I. Shadur, Courtroom 2303, 219 South Dearborn Street, Chicago, Illinois, and present **MOTION TO ALTER OR AMEND JUDGMENT**, a copy of which is attached hereto and hereby served upon you.

                                          Respectfully submitted,

                                          CMBB LLC

                             By:    s/Staci Ketay Rotman - 06243241
                                          One of Its Attorneys

Edward N. Druck – 06206868
end@franczek.com
Staci Ketay Rotman – 06243241
skr@franczek.com
FRANCZEK SULLIVAN P.C.
300 South Wacker Drive
Suite 3400
Chicago, IL  60606
(312) 986-0300

371195.1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that she caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be served on the following via UPS Worldwide on this 4th day of March, 2008:

>Lockwood Manufacturing Inc
>84 Easton Road
>Brantford, Ontario N3P 1J5
>
>Cainco Equipamentos LTD
>Rua Joaquim Marques Figueiredo, 4-111
>17034-290 – Bauru – SP – Brazil

>>s/Staci Ketay Rotman - 06243241
>>Staci Ketay Rotman

371195.1

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that she caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be served on the following via overnight mail Express on this 4th day of March, 2008:

Jennifer Bryan
Lockwood Manufacturing Inc
2917 Virginia Avenue
McHenry, IL 60050

<u>s/Staci Ketay Rotman - 06243241</u>
Staci Ketay Rotman

371195.1