IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CMBB LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  08 cv 1201 |
| | ) | |
| Lockwood Manufacturing Inc., Jennifer M. Bryan, and Cainco Equipamentos Para Panificado, Ltd., | ) ) ) | Judge Shadur<br><br>Magistrate Judge Valdez |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on March 28, 2008 at 9:15 a.m., we shall appear before the Honorable Judge Milton I. Shader in Courtroom 2303 located at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Defendants Motion for Additional Time to Respond to Amended Complaint.**  A copy of the motion accompanies this notice.

**Defendants,**

By: /s/Anthony C. Valiulis
**One of Their Attorneys**

Anthony C. Valiulis
Lorne T. Saeks
**Much Shelist Denenberg
   Ament & Rubenstein PC**
191 North Wacker Drive
Suite 1800
Chicago, Illinois 60601
312-521-2000

## CERTIFICATE OF SERVICE

Anthony C. Valiulis, an attorney, certifies that he caused **Defendants Motion for Additional Time to Respond to Amended Complaint** electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following recipients on this 26th day of March, 2008:

To:  Staci Ketay Rotman
Franczek Sullivan PC
300 S. Wacker Drive
Suite 3400
Chicago, Illinois 60606
skr@franczek.com

/s/ Anthony C. Valiulis

754423_1