UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CMBB LLC | ) | |
| | ) | |
| | ) | Case No. 08 CV 1201 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Shadur |
| | ) | |
| LOCKWOOD MANUFACTURING, INC., | ) | |
| JENNIFER M. BRYAN, and | ) | |
| CAINCO EQUIPAMENTOS PARA | ) | |
| PANIFICADO LTD. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Plaintiff, CMBB, LLC, by its attorneys and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses Counts II, III, IV, V and VI of its Amended Complaint against Defendants Lockwood Manufacturing, Inc., Jennifer M. Bryan, and Cainco Equipamentos para Panificaco Ltd., without prejudice and without costs and attorney's fees awarded to any party. In accordance with Rule 41(a)(1)(A)(i) and (a)(1)(B), this Notice of Dismissal has been filed before Defendants have served either an answer or a motion for summary judgment and Plaintiff has not previously dismissed any action based on or including the same claims.

                                        Respectfully submitted,

                                        CMBB LLC

                         By:    s/Staci Ketay Rotman - 06243241
                                       One of Its Attorneys

375373.1

Edward N. Druck – 06206868
end@franczek.com
Staci Ketay Rotman – 06243241
skr@franczek.com
FRANCZEK SULLIVAN P.C.
300 South Wacker Drive
Suite 3400
Chicago, IL  60606
(312) 986-0300

William Evan Price II (appearing *pro hac vice*)
Bailey Cavalieri LLC
10 W. Broad Street
21st Floor
Columbus, OH 43215
(614) 229-3209

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that she caused a true and correct copy of the foregoing **NOTICE OF DISMISSAL** to be filed using the CM/EFC system which will send notification of such filing to the following on this 28th day of April, 2008:

> Anthony C. Valiulius
> Lorne Todd Saeks
> Cassandra M. Crane
> Much Shelist Denenberg Ament & Rubenstein, P.C.
> 191 North Wacker Drive, Suite 1800
> Chicago, IL 60606

>   s/Staci Ketay Rotman - 06243241
>   Staci Ketay Rotman