## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

CMBB LLC

                                              Plaintiff,

v.                                                                      Case No.: 1:08−cv−01201

                                                                                   Honorable Milton I. Shadur

Lockwood Manufacturing, Inc., et al.

                                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

      MINUTE entry before Judge Honorable Milton I. Shadur:Pursuant to the Notice of Dismissal, Counts II, III, IV, V and VI of Plaintiff's Amended Complaint against Defendants Lockwood Manufacturing, Inc., Jennifer M. Bryan and Cainco Equipamentos para Panificaco Ltd. are dismissed without prejudice and without costs and attorney's fees.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.