IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**CMBB LLC,**

    **Plaintiff,**

v.

**Lockwood Manufacturing Inc., Jennifer M. Bryan, and Cainco Equipamentos Para Panificado, Ltd.,**

    **Defendant.**

No. 08 cv 1201

Judge Shadur
Magistrate Judge Valdez

## MOTION TO DISMISS

In accordance with Federal Rule of Civil Procedure 12(b)(2), Defendant Cainco Equipamentos Para Panificado, Ltd. ("Cainco"), by its attorneys, moves to dismiss Plaintiff's Amended Complaint for lack of in personam jurisdiction.[1] In support of this motion, Cainco has filed a supporting memorandum of law and states as follows:

    1.    This Court lack personal jurisdiction over Cainco, a Brazilian corporation engaged in the manufacture of commercial baking pans.

    2.    As reflected both in the allegations of the Amended Complaint and the Declaration of Mario Casarin that is attached to Cainco's supporting memorandum as Exhibit A, Cainco is not engaged in business in Illinois. Nor has it been engaged in any alleged wrongful conduct in Illinois.

---

[1] 1.    Although Plaintiff originally filed a six count complaint, Plaintiff has since voluntarily dismissed all claims except for Count I, misappropriation of trade secrets.

WHEREFORE, for the foregoing reasons and for the reasons set forth in its memorandum of law, Cainco requests that the Amended Complaint be dismissed as to it with prejudice.

Respectfully submitted,

**CAINCO EQUIPAMENTOS PARA PANIFICADO, LTD, Defendant**

By: /s/ Anthony C. Valiulis
**One of its attorneys**

Anthony C. Valiulis
Lorne T. Saeks
**Much Shelist Denenberg
  Ament & Rubenstein, P.C.**
191 North Wacker Drive
Suite 1800
Chicago, Illinois  60606
312-521-2000

773095_1