IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CMBB LLC, | |
|     Plaintiff, | |
|     v. | No. 08 cv 1201 |
| Lockwood Manufacturing Inc., Jennifer M. Bryan, and Cainco Equipamentos Para Panificado, Ltd., | Judge Shadur<br>Magistrate Judge Valdez |
|     Defendant. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on May 12, 2008 at 9:00 a.m., at a previously scheduled status hearing, we shall appear before the Honorable Judge Milton I. Shader in Courtroom 2303 located at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Defendant's Motion to Dismiss.** A copy of the motion accompanies this notice.

                                                    **Cainco Equipamentos Para Panificado, Ltd**
                                                    **Defendant**

                                                    By: /s/Anthony C. Valiulis
                                                        **One of Their Attorneys**

Anthony C. Valiulis
Lorne T. Saeks
**Much Shelist Denenberg**
   **Ament & Rubenstein PC**
191 North Wacker Drive
Suite 1800
Chicago, Illinois 60601
312-521-2000

## CERTIFICATE OF SERVICE

Anthony C. Valiulis, an attorney, certifies that he caused **Defendant's Notice of Motion to Dismiss** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following recipients on this 1st day of May, 2008:

To:   Staci Ketay Rotman
      Franczek Sullivan PC
      300 S. Wacker Drive
      Suite 3400
      Chicago, Illinois 60606
      skr@franczek.com

/s/ **Anthony C. Valiulis**