# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

CMBB LLC

               Plaintiff,

v.                                 Case No.: 1:08−cv−01201
                                 Honorable Milton I. Shadur

Lockwood Manufacturing, Inc., et al.

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 12, 2008:

      MINUTE entry before Judge Honorable Milton I. Shadur:Motion to dismiss [23] is entered and continued to May 22, 2008 at 9:00 a.m. Status hearing held on 5/12/2008. Status hearing set for 5/22/2008 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.