# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CMBB LLC,

    Plaintiff,

v.

LOCKWOOD MANUFACTURING, INC., et al.,

    Defendants.

Case No. 08 cv 1201

Judge Shadur

Magistrate Judge Valdez

## AFFIDAVIT OF PAUL WEBEL

Paul Webel, being first duly cautioned and sworn, states as follows:

1. I am a Computer Forensic Analyst with the company Vestige, Ltd., 46 Public Square, Suite 220, Medina, Ohio 44256-2284. I graduated from The University of Akron in 2003 with a degree in Management of Information Systems. I earned my Certified Computer Examiner certificate from the International Society of Forensic Computer Examiners in 2006.

2. On September 14, 2007 Jennifer Bryan, pursuant to the subpoena, provided access to a Sony Vaio laptop computer to Vestige's agent, Anthony Balzanto of Digital Enterprises, Inc., to create a forensic copy of the computer's hard drive. The forensic copy of the laptop hard drive (hereinafter referred to as the Forensic Image) is an exact reproduction of all visible and invisible content and artifacts resident upon the original hard

drive. The Forensic Image was mailed to Vestige's forensic laboratory facilities in Medina, Ohio and a forensic analysis was begun. Standard forensic procedures were used to ensure a complete accurate copy of the Sony Vaio laptop hard drive was made. An accurate copy is determined by comparing the digital fingerprint of the original computer hard drive and the digital fingerprint of the Forensic image. Both fingerprints matched indicating an accurate, complete copy of the Sony Vaio laptop computer.

3. Analysis of the Forensic Image identified two processes that were manually launched on both the day before the Forensic Image was created and minutes prior to the creation of the Forensic Image on September 14, 2007. On September 13, 2007 2:34 PM CDT DiskCleanup was manually run using the "jenny" account on the Sony Vaio laptop. DiskCleanup is a process included in the Windows operating system that marks for deletion various files, including Internet files, Program files, Recycle Bin files, and Log files. These files serve an evidentiary function in a case because they not only help explain how the computer is being used, but they also contain content that could be relevant in a case. For example, Internet files contain web email, evidence of file copying, Internet search history, and file transfer history. Recycle Bin files contain the information necessary to rebuild deleted files including documents, email, spreadsheets, pdf's, program files and log files contain information regarding activities that took place on a computer system, including the

dates programs were installed and the dates these programs were used. Vestige's analysis determined that the DiskCleanup process had never been launched prior to September. Since DiskCleanup was never run on this computer until the day before the Forensic Image was made, Vestige infers that launching the DiskCleanup process was done outside the normal maintenance activities of this computer system. It is reasonable to infer this process was run to destroy data before the Forensic Image could be made.

4. Disk Defragmentation is another process included in the Windows operating system. Defragmentation moves the individual, electronic containers that comprise discrete files so that these containers are contiguous to one another. Keeping the containers contiguous permits the Windows operating system to quickly locate and load files for use. Moving files using Disk Defragmentation, however, results in data destruction because files that are moved to a new location overwrite the data resident at the new location. There is no known method to predict the location to which the computer system will move files during the Defragmentation process, and there is no known method to predict the information that will be overwritten and destroyed. All types of data could be destroyed by this process including emails, documents, spreadsheets, log files, and databases. Vestige's analysis indicated that the Disk Defragmentation process was manually launched and run one hour before Vestige arrived

on-site to create the Forensic Image. The process was run under the "jenny" account 9/14/2007 8:39:18 AM CDT. Prior to this time and date, the Disk Defragmentation process had been launched only one time; the exact date and time of this prior use, however, cannot be determined. Because Disk Defragmentation was manually launched immediately prior to the creation of the Forensic Image, Vestige infers that the process was launched to destroy computer data.

5. A keyword search was run over the Forensic Image to identify those files that were responsive. The number of files responsive to a particular keyword is as follows:

   Cainco – 1,168 (631 are Emails)

   Chicago Metallic – 2,872 (256 are Emails)

   Focus Products – 1,096 (87 are Emails)

   Mario Casarin – 468 (396 are Emails)

   Patrick Murray – 1,228 (1009 are Emails)

6. On January 18, 2006, a "Chicago Metallic" folder was created on the laptop that contained 1,441 pdf files.

7. Attached hereto as Exhibit A is a true and accurate printout of instant messages created using a program named Skype that were recovered from the Forensic Image.

Further affiant sayeth naught.

_____
Paul Webel

Sworn to and subscribed in my presence this ___ day of June, 2008.

_____
Notary Public

**LINDA McELROY**
Notary Public, State of Ohio, Cuy. Cty.
My commission expires Oct. 5, 2010

# EXHIBIT A

- U:\D\Documents and Settings\jenny\Application Data\Skype\jennifer_bryan (Jennifer Bryan )
  MD5: 16483CBF83093E083F6547BDB076E813
    - (juanluiscubamex)
    - (aakkurt)
    - Achell Hector (achell2)
    - adrian reyes (dominic20005)
    - aldllo3 (scorpion14976)
    - Alex G (bruno6446)
    - Araceli Danforth (aracelidanforth)
    - Bennie (thehammer2051)
    - berk (berk343434)
    - Bryan Rush (rushtribe)
    - Carol Murray (carol_murray)
    - Chris (didian321465)
    - Chris Mathieson (cognoscento)
    - Discovery (fly_alnt)
    - Echo / Sound Test Service (echo123)
    - eduardo piereck (eduardo.piereck)
    - emir resul (emirresul)
    - Francis Bryan (francis.bryan)
    - francis john bryan (frankbryan8095)
    - Gisela (giselacasarin)
    - GoL ! eoL.Damien (go6o.val)
    - harold (haroldbull)
    - Heidi Kuster (heidikuster)
    - Janice Cassidy (janice_cassidy)
    - Janice Cassidy (janice300)
    - kemaluslu (kemal20051969)
    - Leonardo (costansi)
    - Mario Arlindo Casarin Jr (mariocasarin2005)
    - mmhir_m (mmhir_m)
    - Mr ZAIT Lhoucine (ambassadortravel2006)
    - Napz Smart (napz.smart)
    - P17|3uLs™ (xogito)
    - pacificss (pacificss62)
    - Patrick Murray (plmmur)
    - rafal sameer (rafal_sameer)
    - Ray (goodtimeseeker)
    - ReisAli (reis_ali)
    - samir (finbiscc)
    - sandy.zhao (sandy_zhao304)
    - Sarunas Griganavicius (sharunas111)
    - Sharon Butler (sharon_butler)
    - sino-canada (sino-canada)

| Chat Base | U:\D\Documents and Settings\jenny\Application Data\Skype\jennifer_bryan |   |   |
|---|---|---|---|
| Owner Info |||||
| UIN | jennifer_bryan | First Name | Jennifer Bryan |
| Nick Name | Jennifer Bryan | Last Name | |

| | | | |
|---|---|---|---|
| 10 | 2006-01-17T21:42:57 | Bryan | So not fair. |
| 11 | 2006-01-17T21:43:29 | sharon_butler | yeay all the whinning I did, didn't work either - have to find another tactic |
| 12 | 2006-01-17T21:44:01 | Jennifer Bryan | I thought you were going to show me how to use |
| 13 | 2006-01-17T21:44:19 | sharon_butler | oh yeah the thingy |
| 14 | 2006-01-17T21:44:26 | Jennifer Bryan | Ooops. I though you were going to show me how to use the Lockwood computer system..... |
| 15 | 2006-01-17T21:45:46 | sharon_butler | oh that yeah I should have brought that up who else can show you not patrick for sure he standing over my shoulder |
| 16 | 2006-01-17T21:46:00 | sharon_butler | lol |
| 17 | 2006-01-17T21:46:04 | Jennifer Bryan | hahahaha |
| 18 | 2006-01-17T21:46:44 | sharon_butler | He left pretty much doing ha ha aha |
| 19 | 2006-01-17T21:47:03 | Jennifer Bryan | Sorry, I tried |
| 20 | 2006-01-17T21:48:23 | sharon_butler | Yeah maybe if we keep at it he just me wear down he does tell me to get lost when I start bugging might work |
| 21 | 2006-01-17T21:49:34 | Jennifer Bryan | Good luck |
| 22 | 2006-01-17T21:49:52 | sharon_butler | yeah I'll let you know |
| 23 | 2006-01-23T22:12:14 | Jennifer Bryan | Just wanted to update everyone on the address for our new warehouse in the US. It is only 10 minutes from my office and I will visit frequently once things start moving. We are renting space in an existing warehouse and sharing their current warehouse staff, which is saving us money and I don't have to learn how to drive a fork lift.... bonus. Warehouse: Lockwood Manufacturing 5201 Mann Drive Ringwood, IL USA 60072 Office: Jennifer Bryan Lockwood Manufacturing 2917 Virginia Avenue McHenry, IL USA 60050 815-578-4269 Office Phone/Fax 815-482-9669 Mobile jennifer0010@sbcglobal.net Please send any small packages or samples to my office, but all larger skids, boxes, samples, stock inventory will ship direct to warehouse. Mark to my attention (except for stock ineventory). Thanks, Jenny |
| 24 | 2006-01-24T13:45:03 | sharon_butler | great news Jenny - good luck |
| 25 | 2006-01-24T15:11:23 | Jennifer Bryan | Thanks Sharon |
| 26 | 2006-02-17T21:55:43 | sharon_butler | Jen - heard you have an American price list could you check the price on H.D. our part #10341 3 r of 6 and 10362 Hamburger 4 r 6 |
| 27 | 2006-02-17T22:11:39 | Jennifer Bryan | I will see what I can find. |
| | | | Jenny, was just speaking to Gisela, forgot its a holiday |

| 274 | 2006-05-24T14:19:48 | Jennifer Bryan | Labree's on the conference call. The number is 207-827-6123 hit 0 and ask to page Ira |
|---|---|---|---|
| 275 | 2006-05-24T14:22:11 | plmmur | yes |
| 276 | 2006-05-26T15:01:43 | plmmur | can you talk for a minute |
| 277 | 2006-05-26T15:01:55 | Jennifer Bryan | Sure |
| 278 | 2006-05-26T15:07:06 | Jennifer Bryan | 653...500 654...250 655....500 Or, just do 250 of each for me and keep 250 of each on hand in Brantford for my safety stock. |
| 279 | 2006-05-26T17:42:28 | plmmur | I got a call from Federal Bakers who is interested in 150 or 300 - 15352 3-11/16" 20-on muffin pans. What price would you suggest? |
| 280 | 2006-05-26T17:46:37 | Jennifer Bryan | $48.05 net for 150.... less 5% or 3% for 300 each |
| 281 | 2006-05-26T17:48:38 | Jennifer Bryan | Did ya get that? |
| 282 | 2006-05-26T17:48:54 | plmmur | yes 5% for 300? |
| 283 | 2006-05-26T17:49:07 | plmmur | 45.65 |
| 284 | 2006-05-26T17:49:48 | plmmur | If we get the sale we should increase the order with Cainco. |
| 285 | 2006-05-26T17:50:30 | Jennifer Bryan | Normally I would use 5% for 500, so it is your call. I have been more aggressive trying to stir up new business, so 5% would probably get it if APC is after it. |
| 286 | 2006-05-26T17:51:41 | Jennifer Bryan | We should definitely increase our order if we get it. |
| 287 | 2006-05-26T17:52:39 | plmmur | There is also a 2.5% duty if we ship from Brazil to Canada to US |
| 288 | 2006-05-26T17:53:54 | Jennifer Bryan | Patrick, I don't think we can consider that if we want to compete with CM/APC. Aren't we shipping right to Ringwood? Where is Federal Bakers located? |
| 289 | 2006-05-26T18:12:17 | Jennifer Bryan | Heading up north soon Pat, I will have my cell "on" (hahaha) and I will finish up the lead when I return Monday afternoon. Have a great weekend, and get some rest.... It was a long week! Jen |
| 290 | 2006-05-26T18:12:51 | plmmur | ok have fun |
| 291 | 2006-05-26T18:58:48 | plmmur | yes |
| 292 | 2006-05-30T13:56:22 | plmmur | Jennifer did you get a chance to look at Mario's drawing of the twinkie pan. Do you have any idea what the SP would be for 1000 pcs? |
| 293 | 2006-05-30T13:57:21 | Jennifer Bryan | Yes, sent him an email.... I will copy you |
| 294 | 2006-05-30T13:57:28 | plmmur | thx |
| 295 | 2006-05-30T15:32:43 | plmmur | Jenny Federal Bakers in Chicago wants 1500 16 Ga. sheet pans. I can get them from Advanced. What price would you suggest for 1500 pcs. By the way our cost landed in Ringwood is $6.60 shipped in plain boxes unmarked |
| 296 | 2006-05-30T15:39:33 | Jennifer Bryan | Usually second column is 5% (240-999), 1,000 and over would be less another 5%. Using the pricelist I created...... $8.80 net, less 5% ($8.36), less another 5% = $7.94 for 1,500 sheet pans. Sheet pan lines in the US have become more of a break even product group needed to get the other pan business, so profit won't be so attractive. (Add $1.50 net for glaze if needed). |

| 171 | 2006-07-24T14:22:20 | sharon_butler | note, haven't had a chance to pull it I will wait for the charges for fed add to the, let Brenda know the charges, etc etc. I want to know how it is going with you? Everything going as planned? |
|---|---|---|---|
| 172 | 2006-07-24T14:32:23 | Jennifer Bryan | I know, sometimes when you are the poor little pony left to run the show, I feel for ya because I can tell it gets very hectic over there. |
| 173 | 2006-07-24T14:33:37 | sharon_butler | thanks! |
| 174 | 2006-07-24T14:39:04 | Jennifer Bryan | Been slow, but gong good now. The catalogs came in and look fabulous. Sent some over to your office. Invetory is starting to come in, but I still only have 40 of 140 items, which makes it hard to go out and sell product we don't have. I know you just received a Cainco container and one is coming to Ringwood. That should be me a bit closer. I am going to start calling on many of the leads and customers I want to get in at, but couldn't without product. I am still hesitant since I have no muffin line and many other items, but I can't wait any longer. Getting customers to swithc over to Lockwood won't be that difficult, but getting them to switch and then telling them we can't fill their orders will send them right back to the competition (APC/CM)..... Putting a big mailing together with the new catalog to all the show leads we had plus many old CM customers, so we should be seeing some activity soon. Getting there.... |
| 175 | 2006-07-24T14:56:45 | sharon_butler | Sounds good, I know how hard it must be to sell what you dont have as here just trying to keep up with the orders that we cant fill - I am trying to make sure I call the customers to let them know about the wait time or delays but it is difficult to stay on top of it all. Just rec'd a call to cancel an order due to the wait time on the 10400 (4 st bread). It would be a shame to finally get in somewhere and we cant supply that is a pretty hard sell. I can't wait to see the catalogs, you did a great job on them and I know it has been alot of work. Will be talking to you.......... |
| 176 | 2006-07-24T14:57:33 | Jennifer Bryan | Thanks Canada....talk to ya soon |
| 177 | 2006-08-08T17:41:27 | sharon_butler | Hey you, yes we were off yesterday. It was great, everyone is here today but our computers just got up and running. So I just saw you email. Skype and everying was down. 5 wave bag.I dont think you do. I show all 5 waves here we are very short on the 19680's but were you looking for the 19780's the standard ones. I show all in Brantford 19780's we have about 1000 as for the 19680's none |
| 178 | 2006-08-08T17:46:54 | Jennifer Bryan | Help me out. What is a 19780 and how does it differ from the 19680 ??? Same but not nesting? |
| | | | 19780's are suppose to be exactly the same except they |

| | | | |
|---|---|---|---|
| 257 | 2006-09-14T14:57:19 | sharon_butler | sorry about the spelling, trying to talk on the phone at the same time oops |
| 258 | 2006-09-14T14:57:56 | Jennifer Bryan | ok |
| 259 | 2006-09-14T14:58:33 | sharon_butler | why where you kicking your wall? |
| 260 | 2006-09-14T14:59:35 | Jennifer Bryan | The plug is broke and I have it taped to the wall... it comes out all the freakin time. I plugged it back in last night and got bombarded with Skypes and email. Geeeeeeeez I shoudl be blonde |
| 261 | 2006-09-14T15:01:57 | sharon_butler | maybe you are!!! Or try duct tape Ted uses it for everyting |
| 262 | 2006-09-14T15:02:17 | Jennifer Bryan | Everything? hahahaha |
| 263 | 2006-09-14T15:04:31 | sharon_butler | smart ass |
| 264 | 2006-09-14T15:04:49 | Jennifer Bryan | hehehe |
| 265 | 2006-09-21T13:34:20 | sharon_butler | j, I just got your message on Panera Bread, sounds great!!, but no where on the emails is my name or email address, isn't weird that I got the mail. Actual heading says from Jennifer to Jenniger weird. Did you mean to send it to me? |
| 266 | 2006-09-21T13:35:40 | sharon_butler | I am glad you did |
| 267 | 2006-09-21T13:37:32 | Jennifer Bryan | Yes, I just inserted yours and Carol's names in the blind CC area. |
| 268 | 2006-09-21T13:39:26 | sharon_butler | oh, that then its not so weird - hope you get this one keep me posted. You gonna' sell sell sell |
| 269 | 2006-09-21T13:40:09 | Jennifer Bryan | Thanks DD. That is the plan, plan, plan...hehehe |
| 270 | 2006-10-02T17:39:14 | sharon_butler | Jenny you there? |
| 271 | 2006-10-05T15:49:04 | sharon_butler | Jenny, everting go okay with the paperwork for shipping yesterday? |
| 272 | 2006-10-05T15:49:43 | Jennifer Bryan | Do you mean the Naturebake and Bake n Joy? those are going today. |
| 273 | 2006-10-05T15:50:31 | sharon_butler | okay, but you did get me email about using the same paperwork for Naturebake just enter the shipped qty? |
| 274 | 2006-10-05T15:51:30 | Jennifer Bryan | Yep |
| 275 | 2006-10-05T15:51:44 | sharon_butler | thanks |
| 276 | 2006-10-05T15:51:49 | Jennifer Bryan | yep |
| 277 | 2006-10-05T15:51:59 | sharon_butler | you pissed off or something |
| 278 | 2006-10-05T15:59:14 | Jennifer Bryan | No.... Having a really bad week. Hey... just talked to Joanne... I did a walk through of the Cainco stuff and now she just did and neither of us found the item number needed for the Bake n Joy order. The shipment came with no kind of packing list, so I don't know if we received what we think we did unless I go do a physical inventory of what came in. Can you get a |

| | | | packing list from someone at Cainco? I found lots and lots of 13530, but no 15350. Help! |
|---|---|---|---|
| 279 | 2006-10-05T15:59:59 | sharon_butler | okay I will see what I can do Gisela is in Germany give me a minute |
| 280 | 2006-10-05T16:00:11 | Jennifer Bryan | Thanks Canada |
| 281 | 2006-10-05T16:01:15 | Jennifer Bryan | Who has our export paperwork? Janice? Forwarder? Someone should have a packing list... |
| 282 | 2006-10-05T16:03:19 | sharon_butler | yes, Carol is going to send you the packlist, by email or fax whichdo you want |
| 283 | 2006-10-05T16:08:18 | sharon_butler | Carol is faxing through to you now |
| 284 | 2006-10-05T16:42:53 | Jennifer Bryan | Got it. Shows them on there.... Ugh. They used the pre-printed boxes they had made that show 3 number options and a checked box. I didn't even see this number as a box check option.... I will head over there in a bit and go thru all of it. Let you know... |
| 285 | 2006-10-05T17:27:15 | sharon_butler | okay thanks |
| 286 | 2006-10-05T17:36:29 | Jennifer Bryan | Are you able to find in the system somewhere what we paid for an 18 x 26 muffin pan from Cainco... say the 10321 |
| 287 | 2006-10-05T17:41:56 | sharon_butler | Jenny could you have just got a call from NJ State Prison? |
| 288 | 2006-10-05T17:42:23 | Jennifer Bryan | Why, what did I do now? |
| 289 | 2006-10-05T17:42:34 | Jennifer Bryan | hahaha |
| 290 | 2006-10-05T17:43:30 | sharon_butler | nothing but I could report you! Just got a call fro 700 #10326 from Tony at the prison - what is your price on that? |
| 291 | 2006-10-05T17:43:31 | Jennifer Bryan | No, I did not. If I do, I will try and route through a dealer. Federal paperwork is a nasty, nasty thing and usually you get flooded with dealers all bidding on the same quote |
| 292 | 2006-10-05T17:44:50 | sharon_butler | We were suppose to set up with them as they have asked us a few times but this did not come via regular route, actually phoned usually it is by fax and tons of paper. I Still want to call him back with something as Patrick was interested in us getting set up with them, Janice has the paperwor, |
| 293 | 2006-10-05T17:57:52 | sharon_butler | Hey do you know a dealer that is set up to do this? |
| 294 | 2006-10-05T18:01:17 | Jennifer Bryan | Ok... Net price for 700 qty is $22.94 |
| 295 | 2006-10-18T16:17:14 | sharon_butler | Do you still need me to call you |
| 296 | 2006-10-18T16:17:23 | Jennifer Bryan | nope |
| 297 | 2006-10-18T20:23:53 | sharon_butler | fine |
| 298 | 2006-11-08T16:28:43 | Jennifer Bryan | You having phone problems there Canada? |

Top

| | | Contact | | | |
|---|---|---|---|---|---|
| UIN | plmmur | Nick Name | Patrick Murray | Email | |
| First Name | Patrick Murray | Last Name | | Age | 40 |

Top

| Messages | | | |
|---|---|---|---|
| N# | Date/Time | Sender | Text |
| 1 | 2006-01-17T17:11:18 | plmmur | \<contacts alt="[Contacts enclosed. Please upgrade to latest Skype version to receive contacts.]"\>\<c t="s" s="carol_murray" f="Carol Murray"/\>\<c t="s" s="giselacasarin" f="Gisela"/\>\<c t="s" s="janice_cassidy" f="Janice Cassidy"/\>\<c t="s" s="mariocasarin2005" f="Mario Arlindo Casarin Jr" d="Mario Casarin"/\>\<c t="s" s="sharon_butler" f="Sharon Butler"/\>\</contacts\> |
| 2 | 2006-01-17T17:11:54 | plmmur | hello |
| 3 | 2006-01-17T17:12:00 | plmmur | cool |
| 4 | 2006-01-17T17:14:08 | Jennifer Bryan | Way Cool |
| 5 | 2006-01-17T17:16:06 | plmmur | I am reviewing what you sent on Blackberry, but here is the stock analysis I have been working on. I have an appt. with B2 Design first thing this morning to go over some catalog and brochure ideas and get a quote. Also a 1:00 appt. to look at another warehouse, haven't found the right one yet. I will call you when I am back in my office to discuss the spreadsheet I just sent. "G" at the end of each item means glazed. Lockwood and items without a cross reference are at bottom of spreadsheet. Pricelist is coming along good. Still need access to Cainco site to grab the catalog and picture files. I will contact Mario for that. Jen |
| 6 | 2006-01-17T21:07:19 | plmmur | jenny? |
| 7 | 2006-01-17T21:07:28 | Jennifer Bryan | Hey |
| 8 | 2006-01-17T21:07:55 | Jennifer Bryan | Been Skyping with Gisela, what a pistol. |
| 9 | 2006-01-17T21:09:25 | plmmur | Can you arrange 2 hotel rooms where ever you thing is ok 1 for 2 nights / 1 for 3 nights can you email me the name and address. I sent you my itinerary by email did you receive it. |
| 10 | 2006-01-17T21:10:52 | Jennifer Bryan | I was just looking at hotels as you skyped me. I did not get an email from you... jennifer0010@sbcglobal.net |
| 11 | 2006-01-17T21:13:25 | plmmur | ok resent |
| 12 | 2006-01-17T21:17:55 | plmmur | did you get it |
| 13 | 2006-01-17T21:40:59 | Jennifer Bryan | yes. I will confirm your hotel arrangements |
| 14 | 2006-01-17T23:32:29 | plmmur | thank you |
| 15 | 2006-01-18T15:19:00 | plmmur | Thanks for making the hotel arrangements !!! |
| 16 | 2006-01-20T16:36:11 | plmmur | Hey Jenny are you there? |
| 17 | 2006-01-23T15:53:16 | plmmur | good morninh |

| | | | |
|---|---|---|---|
| 16 | 2006-01-17T20:50:46 | Jennifer Bryan | Ya, I caught that... good recovery. Can you send me the file for the catalog? Patrick and I are going to use it as a base for the new Lockwood catalog. I have and use Quark if it was created in that program. Just the stock catalog. |
| 17 | 2006-01-17T20:53:17 | giselacasarin | ok, i have to find it in our files and ill send u ... no problem... i dont remember which program we use, but i guess its quark... but i wont forget....ui will tell me one day... hahahaha |
| 18 | 2006-01-17T20:53:49 | Jennifer Bryan | Someday......haha Thanks for your help. |
| 19 | 2006-01-17T20:54:03 | giselacasarin | ty (F) |
| 20 | 2006-01-18T20:30:19 | giselacasarin | (#) Hello !!! |
| 21 | 2006-01-18T20:30:55 | giselacasarin | i sent you some catalogues today via Fedex - i guess you might be receiving them in a couple of days |
| 22 | 2006-01-18T20:31:00 | Jennifer Bryan | Hey.... Got your FedEx notice. Thanks for putting some items together. |
| 23 | 2006-01-18T20:31:34 | giselacasarin | oh it worked than !! great |
| 24 | 2006-01-18T20:31:50 | Jennifer Bryan | Are you and Mario planning on the Germany show again this year? |
| 25 | 2006-01-18T20:32:45 | giselacasarin | i didnt talk to mario about germany yet.... but i guess so , it was a very nice show to us ! |
| 26 | 2006-01-18T20:33:21 | Jennifer Bryan | Thats what Patrick said. I haven't been to that one, but I plan on it this year. What is the name of it? |
| 27 | 2006-01-18T20:33:47 | giselacasarin | its iba .... |
| 28 | 2006-01-18T20:34:01 | giselacasarin | ill try to find the site... just a sec |
| 29 | 2006-01-18T20:34:07 | Jennifer Bryan | Thanks. |
| 30 | 2006-01-18T20:35:39 | Jennifer Bryan | I also am planning to visit your plant. I would like to come when some good custom jobs are running to see them in action. I was going to talk to Mario this weekend to see when a good time might be. |
| 31 | 2006-01-18T20:36:22 | giselacasarin | it would be great !! |
| 32 | 2006-01-18T20:37:09 | giselacasarin | http://www.traveltradeint.com/ibadusseldorf.html |
| 33 | 2006-01-18T20:38:10 | Jennifer Bryan | Thanks for the ste. I will check it out and catch up with you later. Ta Ta |
| 34 | 2006-01-18T20:38:28 | giselacasarin | http://www.biztradeshows.com/trade-events/iba-munich.html |
| 35 | 2006-01-18T20:41:48 | giselacasarin | (F) |
| 36 | 2006-01-23T20:01:30 | giselacasarin | http://www.smartftp.com/download/ |
| 37 | 2006-01-23T20:01:37 | giselacasarin | (#) Hi !! |
| 38 | 2006-01-23T20:02:07 | giselacasarin | I opened a directory in my server for u , but ill need a ftp program |
| 39 | 2006-01-23T20:02:12 | giselacasarin | ull |
| 40 | 2006-01-23T20:02:29 | Jennifer Bryan | Hey there. Did you happen to get the Quark catalog in the PC version instead of Mac? |
| 41 | 2006-01-23T20:03:40 | giselacasarin | im working on it since last week. the version mario has in here is for mac |

| # | Timestamp | User | Message |
|---|---|---|---|
| 85 | 2006-02-08T16:35:22 | Jennifer Bryan | Hopefully prices will be worth adding these items and the few new ones Carol and I added. |
| 86 | 2006-02-08T17:03:46 | plmmur | sorry you have been kind of neglected the last few days. Sorry I have been busy putting out fires. I anticipate sending you the list to prioritize later today. |
| 87 | 2006-02-08T17:22:55 | Jennifer Bryan | Sounds good. Once I have the final part numbers I can also start wrapping up the PL and catalog. The upgrade for Quark 6.0 is very expensive, so I just asked Gisela to FedEx me the file and I will have my local person make the changes and turn it into a Lockwood version for us. I used the a lot at CM and they are 1/2 the cost of any other media desinger I have used. |
| 88 | 2006-02-08T17:24:02 | Jennifer Bryan | Can you let me know when I should be getting ready to receive the first shipment of inventory from you? I know you had many of the items in stock already, but I think you needed boxes. I want to give the warehouse a heads up. |
| 89 | 2006-02-08T17:24:35 | plmmur | ok |
| 90 | 2006-02-08T17:32:45 | Jennifer Bryan | Oh, and yes, I have felt very neglected.... hahaha |
| 91 | 2006-02-08T17:35:22 | plmmur | Have you been in contact with any customers? |
| 92 | 2006-02-08T17:38:32 | Jennifer Bryan | A couple, but my fear was that we wouldn't be ready and that is exactly what happened with Richards. She sent me that quote, which I gave pricing for but still am not able to give her lead-times or freight estimates. She needs those because she deals mostly with export. I am compiling the lists of customers I plan to contact in person and by mail, but I want to wait a bit until we have a handle on a complete stock line in inventory. Do you agree? |
| 93 | 2006-02-08T17:45:07 | Jennifer Bryan | I have many things I am working on now to keep me busy until we are ready to sell. Once all this is wrapped up and we are closer to being ready to sell, I will send the mailing out and hit the road calling on the accounts we agreed to target first. We need an accurate lead-time from Mario once he reviews the PO's so I can finalize the sales and marketing timeline. |
| 94 | 2006-02-08T18:36:40 | plmmur | are you there? |
| 95 | 2006-02-08T21:48:40 | Jennifer Bryan | Had to run to the post office and a few errands, what's up? |
| 96 | 2006-02-08T22:38:27 | Jennifer Bryan | Signing off, sorry I didn't have my Skype logged back in earlier. I will chat with you in the morning. |
| 97 | 2006-02-09T19:58:47 | plmmur | helo? |
| 98 | 2006-02-10T13:08:34 | Jennifer Bryan | Morning Pat. I was down with the flu yesterday, sorry I was unavailable. Feeling a bit better today and I will be online all day if you need me. Thanks. |
| 99 | 2006-02-11T00:06:08 | plmmur | r u on |
| 100 | 2006-02-13T16:06:44 | plmmur | can you talk now |
| 101 | 2006-02-13T16:10:58 | Jennifer Bryan | yep |
| 102 | 2006-02-13T16:32:12 | plmmur | Jenny can you talk now |
| | | | FYI The local graphic desginer that will be making the catalog changes with me is B2 Design Inc., Mindy Brown. I have used |

| | | | the first page? |
|---|---|---|---|
| 195 | 2006-04-05T20:45:10 | Jennifer Bryan | I had same problem... but be technical difficulties... |
| 196 | 2006-04-12T13:57:38 | plmmur | How are you doing?. |
| 197 | 2006-04-12T14:45:56 | Jennifer Bryan | Doing good. How about yourself? I am giving Janice and Morris a shout this morning to see how the inventory is coming for the first shipment. Trade show booth rental looks really outrageous, I think we should probably have Morris or John come out for setup and teardown and use the Lockwood booth. Thoughts? |
| 198 | 2006-04-12T16:35:49 | Jennifer Bryan | I started contacting customers this week and will be making appointments during the NRA Show. I will keep you posted regarding the initial feedback I get. |
| 199 | 2006-04-13T17:14:18 | Jennifer Bryan | I would like to quote $16.80 for 5,000 #10205 cookie sheets bulk packed, no cartons. I do not know our cost, but this is around what CM was getting... thoughts? |
| 200 | 2006-04-13T18:20:29 | plmmur | how serious is this request? |
| 201 | 2006-04-13T18:23:17 | Jennifer Bryan | Serious. They have been buying these from CM for years and we have a chance to quote on the business. I quoted $16.80, which is 10+5 off of new pricelist. I will let you know what happens when they get the sample Sharon is sending out today. |
| 202 | 2006-04-13T18:24:05 | plmmur | can I call you? |
| 203 | 2006-04-13T18:44:07 | plmmur | we have 1500 available I will quote the 3500 ok |
| 204 | 2006-04-13T19:06:59 | plmmur | Morris left a message for you yesterday please call him now 416-617-9240 |
| 205 | 2006-04-13T19:07:29 | Jennifer Bryan | ok |
| 206 | 2006-04-20T14:22:13 | plmmur | Can you please call me when you get a second. Thanks Pat |
| 207 | 2006-04-20T16:25:18 | Jennifer Bryan | Pulled the history and pulled all of the other items from their website we can also quote on. I will call them this afternoon once I have reviewed everything. They are headquartered in TX, but purchasing is in GA. CM sold they alot of 16 ga sheet pans and other items for the Publix account, but I am not sure if they lost that. I will copy you this afternoon. |
| 208 | 2006-04-21T14:39:51 | Jennifer Bryan | Where can I find all of the pictures used for the last catalog? Checked FTP and having trouble locating... |
| 209 | 2006-04-21T14:40:21 | plmmur | Mario's or Lockwood? |
| 210 | 2006-04-21T14:40:31 | Jennifer Bryan | Lockwoods |
| 211 | 2006-04-21T14:40:59 | plmmur | was it not part of the info you pulled from Marta's computer |
| 212 | 2006-04-21T14:41:48 | Jennifer Bryan | I will double check..... |
| 213 | 2006-05-02T14:21:16 | plmmur | when do you expect to have a proof of the catalogue? |
| 214 | 2006-05-02T14:21:57 | Jennifer Bryan | We are working like crazy for me to have it by Friday |
| | | Jennifer | Pictures are being loaded that she neeed and I am strill loading all the additions/deletions into the draft she created by combiining Lockwood/Cainco catalogs together. If she cant' get it done by Friday, I will cancel coming out to see the booth assembly and |

| 124 | 2006-04-03T13:40:48 | Bryan | Address? |
| 125 | 2006-04-03T13:42:55 | giselacasarin | 86 Turner Loop Road Humboldt, TN 38343 USA |
| 126 | 2006-04-03T13:43:13 | Jennifer Bryan | Thank you!!! |
| 127 | 2006-04-03T13:43:19 | giselacasarin | ;) |
| 128 | 2006-05-11T16:48:48 | Jennifer Bryan | Hi Gisela..... Need you urgent help if possible. We are finishing up the new catalog and need a couple of pictures from the blue Cainco catalog. You you email me the pictures files (.jpg???) of the following iin groups or individual that you have on file.... Single Pullman pans and/or with lid, 3-on pullmans and lid, rye bread 14010, hot dog and hamburger pans and cluster pans, and the 3 sheet/bun pans from last page. I know I am a pain in the butt, but we are trying to wrap this up today !!!!!!!! Thank you, thank you, thank you for any hlep. |
| 129 | 2006-05-11T17:43:20 | giselacasarin | ill find them in here and send u asap |
| 130 | 2006-05-11T17:46:26 | Jennifer Bryan | You are the bomb..... please send via email if you find something. THANKS! |
| 131 | 2006-05-11T21:13:15 | giselacasarin | did u get them ??? |
| 132 | 2006-05-11T21:13:58 | Jennifer Bryan | Yep.... thanks |
| 133 | 2006-05-11T21:18:57 | giselacasarin | please, let me know if i send all u wanted |
| 134 | 2006-05-11T21:20:54 | giselacasarin | sent... |
| 135 | 2006-05-11T21:21:25 | Jennifer Bryan | I forwarded it to my designer.... I will let you know. Thanks Gisela |
| 136 | 2006-05-11T21:22:18 | giselacasarin | sorry about the delay... |
| 137 | 2006-05-11T21:23:58 | Jennifer Bryan | What delay? Thanks for the help |
| 138 | 2006-06-01T15:43:09 | Jennifer Bryan | Hi Gisela... hope all is well. If you have info, can you please email me the info for teh IBA Show in Germany. I plan on attending and I want to make sure I am included in hotel reservations, exhibitor badge, and travel dates. Thanks so much for your help. |
| 139 | 2006-06-01T17:03:07 | giselacasarin | i am now looking for hotel reservations would you like me to see if i can put u together with us at the same hotel ?? |
| 140 | 2006-06-01T17:03:19 | giselacasarin | i will forward things i have ... |
| 141 | 2006-06-01T20:27:40 | Jennifer Bryan | Yes about the same hotel.... thanks Gisela |
| 142 | 2006-06-01T20:29:44 | giselacasarin | when r u pretending to go ?? we might be going at 09/30... the show beggins at 10/03 |
| 143 | 2006-06-01T20:59:35 | giselacasarin | http://www.iba.de/index.cms?FQT=EN.iba.Start |
| 144 | 2006-06-02T17:47:21 | giselacasarin | hi jenny !!! |
| 145 | 2006-06-02T17:47:53 | giselacasarin | in germany, wht kind of acomodation would u want ?? single, double ,... ??? |
| 146 | 2006-06-02T17:48:03 | giselacasarin | the hotal probably will be http://www.regent-hotelmunich.com/ |

| | | | |
|---|---|---|---|
| | | Bryan | job to pay for the tools? |
| 348 | 2006-06-21T22:05:00 | plmmur | no |
| 349 | 2006-06-22T15:16:36 | Jennifer Bryan | ok |
| 350 | 2006-06-23T19:22:12 | plmmur | What's new? |
| 351 | 2006-06-23T19:37:52 | Jennifer Bryan | Hey there.... Still waiting for the last catalog proof to come back. Morris and I made a couple more changes. I am going through all of the CM stock customer sales data and looking up each customer on the internet to add them to our mailing list. I had item history and customer name, but no addresses. Time consuming, but I want to make sure we hit all of them when we do our mailing. The Multigrains order for 2,500 5-Groove baguettes is looking good and we should be getting an order today or Monday from Bake n Joy for 84 muffin pans from the Ringwood warehouse. I just need to get this catalog in hand and things should start jumping.... |
| 352 | 2006-06-23T19:39:38 | Jennifer Bryan | Anything interesting happening over there with Nat or APC in the custom world? Let me know if I can help with any sales history. |
| 353 | 2006-06-23T19:46:04 | plmmur | can you talk? |
| 354 | 2006-06-26T14:20:11 | plmmur | I was looking through the final draft and noticed the Mini Cake Frames there should be a colum for arrangment |
| 355 | 2006-06-26T14:21:09 | Jennifer Bryan | Ok, I will check it out |
| 356 | 2006-06-26T14:22:12 | Jennifer Bryan | Shoot me an email when you are done and I will have corrections made with anything Morris has...thanks |
| 357 | 2006-06-26T16:14:33 | plmmur | Jennifer did you understand my point about the arrangement " not being threre" in the catalogue |
| 358 | 2006-06-26T16:14:52 | plmmur | I think we need to add it before going to print |
| 359 | 2006-06-26T16:15:22 | Jennifer Bryan | Yep, I got it. |
| 360 | 2006-06-26T16:16:24 | Jennifer Bryan | Morris had one small change along with yours, so I will have those corrected and send off to the printer. |
| 361 | 2006-06-26T18:35:26 | plmmur | any luck on the 2500 baguette order? |
| 362 | 2006-06-27T15:06:31 | plmmur | Multi Grains check came in today |
| 363 | 2006-06-27T15:06:40 | plmmur | Who Ho |
| 364 | 2006-06-27T20:15:53 | plmmur | r u around |
| 365 | 2006-06-28T20:40:32 | plmmur | 20 Gauge Aluminized Steel Cluster 6 Hamburger Roll Pans 5/8" Steel Band In Rim Mould Specifications Top Inside: 3-3/4" Bottom Outside: 3-5/8" Depth: 3/4" Including Convex (5/8" + 1/8") Arrangement: 4 Clusters of 6 Overall Dimensions: 17-1/4" x 24-1/4" Features: Moulds and Pans Drawn Seamless Anticlimb Rims 2" Corner Radius |
| 366 | 2006-06-28T20:40:53 | Jennifer Bryan | Did you get my email? |
| 367 | 2006-06-28T20:41:14 | plmmur | yes are any of the specs the same as what I just skyped to you |
| 368 | 2006-06-28T20:41:25 | Jennifer Bryan | Let me check... |
| 369 | 2006-06-28T20:46:41 | Jennifer Bryan | see email |