# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

CMBB LLC

                        Plaintiff,

v.                                                Case No.: 1:08−cv−01201
                                                          Honorable Milton I. Shadur

Lockwood Manufacturing, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Motion to dismiss [23] is granted; Status hearing held on 6/10/2008; ( Status hearing set for 9/4/2008 at 09:00 AM.); Cainco Equipamentos Para Panificado Ltd. terminated.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.