## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **CMBB LLC,** | |
| Plaintiff, | |
| v. | No. 08 cv 1201 |
| **Lockwood Manufacturing Inc., Jennifer M. Bryan, and Cainco Equipamentos Para Panificado, Ltd.,** | Judge Shadur<br>Magistrate Judge Valdez |
| Defendants. | |

### NOTICE OF MOTION

To: Staci Ketay Rotman
FRANCZEK SULLIVAN, PC
300 S. Wacker Drive, Suite 3400
Chicago, Illinois 60606

PLEASE TAKE NOTICE that on Wednesday, August 13, 2008 at 9:10 a.m., we shall appear before the Honorable Judge Milton I. Shadur in Courtroom 2303 located at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Defendants' Motion For Protective Order.** A copy of the motion accompanies Respectfully submitted,

                                                    **LOCKWOOD MANUFACTURING, INC.
                                                    and JENNIFER M. BRYAN**

                                                    /s/ Cassandra M. Crane
                                                    *One of Defendants' Attorneys*

Anthony C. Valiulis  (#2883007)
Lorne T. Saeks (#06207595)
Cassandra M. Crane (#6288406)
**Much Shelist Denenberg
    Ament & Rubenstein PC**
191 North Wacker Drive
Suite 1800
Chicago, Illinois 60601
312-521-2000

2

**CERTIFICATE OF SERVICE**

Cassandra M. Crane, an attorney, certify that I caused **Defendants' Notice and Motion For Protective Order** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following recipients on this 7th day of August, 2008:

Staci Ketay Rotman
FRANCZEK SULLIVAN, PC
300 S. Wacker Drive
Suite 3400
Chicago, Illinois 60606
skr@franczek.com


/s/ Cassandra M. Crane