UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CMBB LLC )<br> )<br> )  Case No. 08 CV 1201<br>              Plaintiff,  )<br> )<br>          v.  )  Judge Shadur<br> )<br>LOCKWOOD MANUFACTURING, INC.,  )<br>JENNIFER M. BRYAN, and  )<br>CAINCO EQUIPAMENTOS PARA  )<br>PANIFICADO LTD.  )<br> )<br>              Defendants.  )  | |

## NOTICE OF MOTION

To:  Anthony C. Valiulius
    Lorne Todd Saeks
    Cassandra M. Crane
    Much Shelist Denenberg Ament & Rubenstein, P.C.
    191 North Wacker Drive, Suite 1800
    Chicago, IL 60606

    PLEASE TAKE NOTICE THAT on **Thursday, September 4, 2008 at 9:15 a.m.** we shall appear before the Honorable Judge Milton I. Shadur, Courtroom 2303, 219 South Dearborn Street, Chicago, Illinois, and present **MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER**, a copy of which is attached hereto and hereby served upon you.

                                        Respectfully submitted,

                                        CMBB LLC

                        By:    s/Staci Ketay Rotman - 06243241
                                           One of Its Attorneys

Edward N. Druck – 06206868
end@franczek.com
Staci Ketay Rotman – 06243241
skr@franczek.com
FRANCZEK SULLIVAN P.C.
300 South Wacker Drive, Suite 3400
Chicago, IL  60606
(312) 986-0300

371195v.1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that she caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed using the CM/EFC system which will send notification of such filing to the following on this 25th day of August, 2008:

>Anthony C. Valiulius
>Lorne Todd Saeks
>Cassandra M. Crane
>Much Shelist Denenberg Ament & Rubenstein, P.C.
>191 North Wacker Drive, Suite 1800
>Chicago, IL 60606

>>s/Staci Ketay Rotman - 06243241
>>Staci Ketay Rotman

371195v.1