# EXHIBIT 1

```
0001
 1      IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF OHIO
 2             WESTERN DIVISION

 3                - - - - -

 4
     American Pan Company,    :
 5
          Plaintiff,    :
 6
          vs.           :
 7                  Case No. 3:06 CV 0197
     Lockwood           : Judge Thomas M. Rose
 8   Manufacturing, Inc.,
                        :
 9        Defendant.
                        :
10

11
                  - - - - -
12
          DEPOSITION OF JENNIFER M. BRYAN
13
                  - - - - -
14

15      Taken at Bricker & Eckler LLP
           100 South Third Street
16           Columbus, OH 43215
          July 19, 2007, 1:25 p.m.
17

18                - - - - -

19        Spectrum Reporting LLC

20   333 Stewart Avenue, Columbus, Ohio 43206

21      614-444-1000 or 800-635-9071

22        www.spectrumreporting.com

23

24                - - - - -
```

```
0002
 1     A P P E A R A N C E S

 2
       ON BEHALF OF PLAINTIFF:
 3
       Bailey Cavalieri
 4     10 West Broad Street, 21st Floor
       Columbus, OH 43215
 5     By W. Evan Price, II, Esq.
          Robert R. Dunn, Esq.
 6       R. Cliffton Gibbs, Esq.

 7
       ON BEHALF OF DEFENDANT:
 8
       Mueller, Smith & Matto
 9     7700 Rivers Edge Drive
       Columbus, OH 43235-1355
10     By Edward A. Matto, Esq.

11     and

12     Bricker & Eckler LLP
       100 South Third Street
13     Columbus, OH 43215
       By James P. Schuck, Esq.
14

15

16

17

18

19

20

21

22

23

24
```

0017
1　Q.　　　You would reference them for custom
2　jobs in your employment at Lockwood?
3　A.　　　Yes, for pan specifications.
4　Q.　　　Now, when you say specifications,
5　pricing or sizing or -- describe for me what you
6　mean by referencing.
7　A.　　　These are custom products, so I
8　referenced them for the pan specifications for
9　measurements and features that went on the pans in
10　lieu of acquiring a sample from the customer.
11　Q.　　　Did you ever use these documents for
12　leads with customers?
13　A.　　　No.
14　Q.　　　Since you joined Lockwood, have you
15　shared these documents with anyone other than
16　Mr. Murray?
17　A.　　　No.
18　Q.　　　You haven't shared them with anyone at
19　Lockwood or outside of Lockwood?
20　A.　　　No. There may have been maybe one
21　drawing that I've sent to Mario. But, no, not the
22　extent of the files, no.
23　Q.　　　You haven't shared these documents with
24　any third parties?

```
0059
 1  State of Ohio    :     CERTIFICATE
 2  County of Franklin: SS
 3      I, Stacy M. Rowley, a Notary Public in and for
 4  the State of Ohio, certify that Jennifer M. Bryan
 5  was by me duly sworn to testify to the whole truth
 6  in the cause aforesaid; testimony then given was
 7  reduced to stenotype in the presence of said
 8  witness, afterwards transcribed by me; the
 9  foregoing is a true record of the testimony so
10  given; and this deposition was taken at the time
11  and place specified on the title page.
12      Pursuant to Rule 30(e) of the Fed. R. Civ. P.,
13  the witness and/or the parties have not waived
14  review of the deposition transcript.
15      I certify I am not a relative, employee,
16  attorney or counsel of any of the parties hereto,
17  and further I am not a relative or employee of any
18  attorney or counsel employed by the parties hereto,
19  or financially interested in the action.
20      IN WITNESS WHEREOF, I have hereunto set my hand
21  and affixed my seal of office at Columbus, Ohio, on
22  August ____, 2007.
23  _____
24  Stacy M. Rowley, Notary Public - State of Ohio
```