# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CMBB LLC,

    Plaintiff,

v.

LOCKWOOD MANUFACTURING, INC., et al.,

    Defendants.

Case No. 08 cv 1201

Judge Shadur

Magistrate Judge Valdez

## PLAINTIFF CMBB LLC'S FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANT LOCKWOOD MANUFACTURING, INC.

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff CMBB LLC ("CMBB") hereby submits the following interrogatories to Defendant Lockwood Manufacturing, Inc. ("Lockwood").

### DEFINITION

The following defined term is used for purposes of these interrogatories.

1.    "CMBB's Property" shall have the same meaning as that term is used in paragraph 8 of CMBB's Amended Complaint.

## INTERROGATORIES

Interrogatory No. 1:

Please provide the name and last known address and telephone number for each individual likely to have discoverable information concerning the subject matter of CMBB's Amended Complaint and/or Lockwood's Answer and identify the subject matter(s) of the information each individual has.

RESPONSE:

Interrogatory No. 2:

Identify each customer located in the United States and referenced in CMBB's Property that Lockwood has contacted and/or solicited during the period January 1, 2006 through January 1, 2008.

RESPONSE:

Interrogatory No. 3:

Identify each customer located in the United States and referenced in CMBB's Property that Lockwood sold products to during the period January 1, 2006 through January 1, 2008 and for each customer state the total dollar amount of such sales during that period of time.

RESPONSE:

Interrogatory No. 4:

Identify each customer located in the United States and referenced in CMBB's Property that Lockwood sold products to prior to January 1, 2006.

RESPONSE:

                                                Respectfully submitted,

                                                CMBB LLC

                   By: *W. E P-II*
                                              One of Its Attorneys

Edward N. Druck
Staci Ketay Rotman
FRANCZEK SULLIVAN P.C.
300 South Wacker Drive
Suite 3400
Chicago, IL 60606
(312) 986-0300

W. Evan Price, II (Ohio Bar No. 0056134)
BAILEY CAVALIERI LLC
One Columbus
10 West Broad Street, 21st Floor
Columbus, Ohio 43215-3422
Telephone:   (614) 221-3155
Telefax:       (614) 221-0479
evan.price@baileycavalieri.com

## PROOF OF SERVICE

I hereby certify that the foregoing Plaintiff CMBB LLC's First Set of Interrogatories Directed to Defendant Lockwood Manufacturing, Inc. was served upon Defendants by sending a copy of it to Defendants' counsel Anthony C. Valiulis, Esq., and Lorne T. Saeks, Esq., Much Shelist Denenberg Ament & Rubenstein, P.C., 191 North Wacker Drive, Suite 1800, Chicago, Illinois 60606-1615 by Regular U.S. Mail, postage prepaid this 22nd day of July, 2008.

                                                                     _/s/ W. Evan Price II_

                                                              W. Evan Price II       (0056134)