# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CMBB LLC, | |
| Plaintiff, | Case No. 08 cv 1201 |
| v. | Judge Shadur |
| LOCKWOOD MANUFACTURING, INC., et al., | Magistrate Judge Valdez |
| Defendants. | |

### PLAINTIFF CMBB LLC'S FIRST SET OF DOCUMENT REQUESTS DIRECTED TO DEFENDANT LOCKWOOD MANUFACTURING, INC.

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff CMBB LLC ("CMBB") hereby requests that Defendant Lockwood Manufacturing, Inc. ("Lockwood") produce and permit CMBB LLC ("CMBB") to inspect and copy the following designated documents on August 29, 2008, commencing at 9:00 a.m., at the offices of FRANCZEK SULLIVAN P.C., 300 South Wacker Drive, Suite 3400, Chicago, IL 60606. CMBB further requests that Lockwood serve its written response to the requests on or before August 26, 2008.

For purposes of these requests, the word, "documents," has the full meaning ascribed to it in Rule 34(A) of the Federal Rules of Civil Procedure.

For purposes of these requests, the phrase, "relating to," means comprising, constituting, quoting from, excerpting, paraphrasing, summarizing, abstracting, synopsizing, interpreting, construing, evaluating, analyzing, assessing,

dealing with, treating, addressing, memorializing, evidencing, reflecting, mentioning, referring to, bearing any relationship to and/or having to do with.

## Form of Production

When a document described in any of the categories below exists as electronically stored information, please produce it in an electronic, searchable format that results from the document's direct conversion from its native format to PDF or TIFF format and not from the use of printing, scanning, and/or optical character recognition. Plaintiffs reserve the right to later request the corresponding metadata for each of the responsive documents. If documents are produced in single-page TIFF format, Plaintiffs respectfully request that counsel provide load files designating "document breaks" and "attachment ranges."

## DEFINITION

The following defined terms are used for purposes of these requests.

1. "CMBB's Property" shall have the same meaning as that term is used in Paragraph 8 of the Amended Complaint.

## REQUESTS FOR PRODUCTION

Request for Production No. 1

All documents that Lockwood contends supports any of the responses and/or defenses set forth in Lockwood's Answer to CMBB's Amended Complaint.

RESPONSE:

Request for Production No. 2

All documents created since January 1, 2006 utilizing information contained in CMBB's Property including, but not limited to, mailing and/or price lists.

RESPONSE:

Request for Production No. 3

All catalogs and/or price lists sent to customers located in the United States and referenced in CMBB's Property during the period January 1, 2006 through January 1, 2008.

RESPONSE:

#564970v1
39733.04534

- 3 -

Request for Production No. 4

All documents relating to Lockwood's sale of products to customers located in the United States and referenced in CMBB's Property during the period January 1, 2006 through January 1, 2008.

RESPONSE:

Request for Production No. 5

All documents reflecting communications between and/or among Defendant Bryan, Patrick Murray and/or Cainco Equipamentos para Panificaco Ltd. ("Cainco") between October 1, 2005 and December 31, 2007 including, but not limited to, electronic mail and instant messages created with a program named Skype.

RESPONSE:

Request for Production No. 6

All contracts between Lockwood and Cainco, Lockwood and Bryan and/or Bryan and Cainco entered between January 1, 2005 and January 1, 2008.

RESPONSE:

39733.04534

- 4 -

Request for Production No. 7

All documents relating to products shipped by Cainco to Lockwood's warehouse in the United States between January 1, 2006 and May 31, 2008.

RESPONSE:

Request for Production No. 8

All documents reflecting Lockwood's communications with customers located in the United States and referenced in CMBB's Property between January 1, 2006 and January 1, 2008.

RESPONSE:

Request for Production No. 9

All documents reflecting communications between Lockwood or its employee Bryan and current and/or formed employees of Chicago Metallic Corporation and/or CM Products, Inc. between January 1, 2006 and January 1, 2008.

RESPONSE:

 

Respectfully submitted,

CMBB LLC

By: *W. E. P____*
One of Its Attorneys

Edward N. Druck
Staci Ketay Rotman
FRANCZEK SULLIVAN P.C.
300 South Wacker Drive
Suite 3400
Chicago, IL 60606
(312) 986-0300

W. Evan Price, II (Ohio Bar No. 0056134)
BAILEY CAVALIERI LLC
One Columbus
10 West Broad Street, 21st Floor
Columbus, Ohio 43215-3422
Telephone:   (614) 221-3155
Telefax:        (614) 221-0479
evan.price@baileycavalieri.com

## PROOF OF SERVICE

I hereby certify that the foregoing Plaintiff CMBB LLC's First Set of Requests for Production Directed to Defendant Lockwood was served upon Defendants by sending a copy of it to Defendants' counsel Anthony C. Valiulis, Esq., and Lorne T. Saeks, Esq., Much Shelist Denenberg Ament & Rubenstein, P.C., 191 North Wacker Drive, Suite 1800, Chicago, Illinois 60606-1615 by Regular U.S. Mail, postage prepaid this 22nd day of July, 2008.

                                                    W. Evan Price II       (0056134)