# EXHIBIT 6

```
0001
 1         IN THE UNITED STATES DISTRICT COURT
 2            SOUTHERN DISTRICT OF OHIO
 3               WESTERN DIVISION
 4   AMERICAN PAN COMPANY,      )
 5       Plaintiff,     )
 6    -vs-          ) No. C-3-06-197
 7   LOCKWOOD MANUFACTURING, INC.,   )
 8       Defendant.        )
 9
10         The deposition of Richard Barton, taken
11   in the above-entitled cause before Susan Maul, CSR
12   No. 84-2501, a notary public within and for the
13   County of Will and State of Illinois, taken
14   pursuant to the Federal Rules of Civil Procedure
15   for the United States District Courts, 200 North
16   LaSalle Street, Chicago, Illinois, on the 17th of
17   May, A.D., 2007, at the hour of 12:15 o'clock p.m.
18
19
20
21
22
23
24
```

```
0002
 1    APPEARANCES:
 2       BAILEY, CAVALIERI, LLC
 3       10 West Broad Street
 4       Suite 2100
 5       Columbus, OH  43215-3422
 6       (614) 229-3209
 7       BY: MR. W. EVAN PRICE, II
 8          On behalf of the Plaintiff;
 9       MUELLER, SMITH & MATTO
10       7700 Rivers Edge Drive
11       Columbus, OH  43235-1355
12       (614) 436-0600
13       BY: MR. EDWARD A. MATTO
14          On behalf of the Defendant.
15       SEYFARTH & SHAW, LLP
16       131 South Dearborn Street
17       Suite 2400
18       Chicago, IL  60603-5577
19       (312) 460-5000
20       BY: MS. ANDREA C. OKUN
21
22
23
24
```

0046
1  Mr. Cornelius?

2     A.  I believe I told Mike, and HR should have

3  as well.

4     MR. MATTO:  Okay.  No further questions.

5          FURTHER EXAMINATION

6  BY MR. PRICE:

7     Q.  Just briefly, Mr. Barton.

8         You alluded to sort of the main frame or

9  the central server having a complete set of the

10 customer records for Chicago Metallic; is that

11 correct?

12    A.  Yes.  Because we had multi plants, we had

13 a plant in Humboldt, Tennessee and Lake Zurich, and

14 we needed to have a central database, so sales in

15 customer service in Lake Zurich could get at the

16 information and know product specs as well as

17 anyone in production or engineering who would need

18 the specs to be able to produce the product or buy

19 the material.

20        So we had a central network where multi

21 employees could get at that information, use it,

22 and not tie up the laptop.

23    Q.  Okay.  Ms. Bryan would have had access to

24 that central computer repository of information?

0047
1    A.   Yes.

2    Q.   Would you have expected that she would

3  have had a copy of that on her laptop?

4    A.   I would not expect that.

5    MR. PRICE:  Okay.  Thank you.  Nothing further.

6         FURTHER EXAMINATION (Continued)

7  BY MR. MATTO:

8    Q.   Are you aware of other employees that

9  would download any information onto their laptop

10  for convenience of working?

11    A.   The intent would be to download what you

12  needed onto your laptop, work with it, do what you

13  have to do with it and then move on.

14    MR. MATTO:  No further questions.

15    MR. PRICE:  Thank you, Mr. Barton.

16    MS. OKUN:  We'll reserve.

17         FURTHER DEPONENT SAITH NOT.

18

19

20

21

22

23

24

0049

1  STATE OF ILLINOIS   )

2              ) SS:

3  COUNTY OF W I L L   )

4      I, Susan Maul, a notary public within and for

5  the County of Will and State of Illinois, do hereby

6  certify that heretofore, to-wit, on the 17th of

7  September, A. D. 2007, Richard Barton, personally

8  appeared before me, at 200 North LaSalle Street, in

9  the County of Cook and State of Illinois, a witness

10  in a certain cause now pending and undetermined in

11  the United States District Court, wherein American

12  Pan Company is plaintiff and Lockwood Manufacturing

13  is defendant.

14      I further certify that the said witness was

15  first duly sworn to testify the truth, the whole

16  truth and nothing but the truth in the cause afore-

17  said; that the testimony then given by said witness

18  was reported stenographically by me, in the

19  presence of the said witness, and afterwards

20  reduced to typewriting by Computer-Aided

21  Transcription, and the foregoing is a true and

22  correct transcript of the testimony so given by

23  said witness as aforesaid.

24      I further certify that the signature of the

0050
1  witness to the deposition was not waived.
2     I further certify that the taking of this
3  deposition was in pursuance of notice; and that
4  there were present at the taking of this deposition
5  the attorneys as hereinbefore noted.
6     I further certify that I am not counsel for nor
7  in any way related to the parties to this suit, nor
8  am I in any way interested in the outcome thereof.
9     In testimony whereof I have hereunto set my
10 hand and affixed my notarial seal this ____ day
11 of _____, 2007.
12
13
14        _____
15        Notary Public, Cook County, Illinois
16
17
18
19
20
21
22
23
24